

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00664-CV

**IN THE INTEREST OF A.D.J., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01781
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The State's brief was due on January 16, 2018. *See* Tex. R. App. P. 38.6(b). The next day, the State filed a first motion for a twenty-day extension of time to file the State's brief.

The State's motion is GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court